## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**THAI S. NGUYEN**

Plaintiff,

**vs.**

**Civil Action No.: 2:15-cv-06305**

**REGIONAL ADJUSTMENT BUREAU**

Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL

TO: The Clerk of Court:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties

hereby stipulate to Plaintiff's voluntary dismissal of his claims against Regional Adjustment

Bureau, with prejudice.


/s/ Fred Davis_____         /s/ William F. McDevitt_____
Davis Consumer Law Firm                Wilson Elser, *et al*
Attorneys for Plaintiff                Attorneys for Defendant
500 Office Ctr. Dr-Suite 400           2 Commerce Sq., 2001 Market St. Ste 3100
Ft. Washington, PA          19034      Phila, PA         19103


DATED: December 12, 2015